

**Attachment 1 - Civil Complaint**

FILED
2024 FEB 16  PM 12: 34

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**



CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ OR _____

ToIanda Hall
Plaintiff

CASE NUMBER:**1 : 2 4 CV 00159** DII

(Supplied by Clerk's Office)

Altec, Inc.
Defendant

## COMPLAINT

Plaintiff
1. Tolanda Hall
2. 13010 Ridgeline Blvd, Apt 13216, Cedar Park, TX, 78613
3. (808) 999-0553

Defendant
1. Altec, Inc.
2. 210 Inverness Center Dr., Birmingham, AL, 35242-4834
3. (205) 991-7733

Jurisdiction Plea
1. Pursuant to 28 U.S. Code § 1332, this Court has jurisdiction over this civil action as it involves diversity of citizenship between the parties and an amount in controversy exceeding $75,000, exclusive of interest and costs.
2. Additionally, under 28 U.S. Code § 1391, this action may be brought in the district where a substantial part of the events or omissions giving rise to the claim occurred. In this case, the car accident that is the subject of this litigation occurred within the geographical boundaries of the Western District of Texas, making this district the appropriate venue for the action.
3. The accident in question took place on September 12, 2023, while merging onto N I-35 Frontage Road coming from E. Martin Luther King Jr Blvd in Austin, TX, which falls within the territorial jurisdiction of the Western District of Texas.
4. As a result of the accident, Plaintiff suffered mental injuries and incurred damages, which form the basis of the claims asserted in the Complaint.
5. In light of the foregoing, Plaintiff respectfully requests that this Honorable Court affirm the jurisdiction and venue of the Western District of Texas for the adjudication of this matter.

Allegations

1. On September 12th, 2023, the Plaintiff's vehicle was involved in a rear-end collision, resulting in its total loss.
2. The collision was caused by the negligence of a representative of the Defendant, James Lewis, who failed to maintain a safe traveling distance, leading to the collision.
3. Despite the congested traffic conditions at the time of the accident, no other vehicle collided with the Representatives vehicle or the Plaintiff's vehicle after the impact.
4. The Defendant's insurance company and claims adjusters, McGriff/ESIS, confirmed their fault, and the claim with the Plaintiff's insurance, Progressive, was subsequently closed resulting in the payment of the deductible.
5. At the time of the accident, the Plaintiff's vehicle was primarily used for business purposes related to Sunshine Delivers.
6. The Plaintiff suffered significant financial losses due to the accident, including loss of past and future wages, medical expenses, and rental car costs.
7. The Plaintiff's financial losses have resulted in severe financial devastation, hindering employment opportunities due to lack of resources for necessary certifications, with the manner of termination leading to rejection for unemployment benefits.
8. Additionally, the Plaintiff experienced mental anguish, depression, and anxiety as a result of the accident and subsequent financial hardship.
9. The Plaintiff's home life was also adversely affected by the financial strain caused by the accident, leading to increased stress and tension.
10. ESIS, the claim adjuster for the defendant, compounded mental and financial distress through "bad faith" handling of the claim, despite full transparency regarding the incident's impact, exacerbating the Plaintiff's hardships.
11. The Plaintiff's physical health was compromised, leading to medical expenses and ongoing treatment for post-traumatic stress disorder, anxiety, and depression.

Relief Requested

The Plaintiff seeks compensation for lost wages, medical expenses, rental car costs, as well as pain and suffering. The total amount of damages sought by the Plaintiff is $425,000. Based on the Defendant's clear liability for the accident and the resulting damages, the Plaintiff requests the Court to award the requested damages and provide appropriate relief.

Tolanda Hall
13010 Ridgeline Blvd, Apt 13216, Cedar Park, TX, 78613
(808) 999-0553

Rev. Ed. October 26, 2017